UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SALVADOR SEGOVIA, JR., | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-00736 |
| KFC U.S. PROPERTIES, INC., *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal. Doc. #9. In accordance with the Notice of Voluntary Dismissal and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it is hereby ORDERED that Plaintiff's claims against Defendant KFC U.S. Properties, Inc. are DISMISSED without prejudice. Plaintiff's claims against Defendant Delect Foods, Inc. remain pending.

It is so ORDERED.

__MAY 29 2024__
Date

_____
The Honorable Alfred H. Bennett
United States District Judge