IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:24-CV-00736 |
| KFC U.S. PROPERTIES, INC. and ) | |
| DELECT FOODS, INC., ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, SALVADOR SEGOVIA, JR. and Defendant, DELECT FOODS, INC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 16th day of October, 2024.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

        /s/ Richard M. Hunt
        Richard M. Hunt, Esq.
        Texas State Bar No. 10288700
        Hunt Huey PLLC
        17304 Preston Road, Suite 800
        Dallas, Texas 75252
        Telephone: (214) 641-9182
        Facsimile: (214) 279-6124
        Email: rhunt@hunthuey.com

        /s/ Eric Michael Friedman
        Eric Michael Friedman, Esq,
        Friedman & Feiger, LLP
        17304 Preston Rd, Suite 300
        Dallas, TX 75252
        972-788-1400
        Email: efriedman@fflawoffice.com

        Attorneys for Defendant, DELECT FOODS, INC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of October, 2024, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

        /s/ Douglas S. Schapiro
        Douglas S. Schapiro
        Southern District of Texas ID No. 3182479