United States District Court
Southern District of Texas
**ENTERED**
October 31, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:24-CV-00736 |
| KFC U.S. PROPERTIES, INC. and ) | |
| DELECT FOODS, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the Joint Stipulation of Dismissal with Prejudice filed October 16, 2024, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, DELECT FOODS, INC., be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on   OCT 3 1 2024

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE